IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORLANDA LARRY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-25-543-PRW |
| K. ZOOK, | ) ) ) |
| Respondent. | ) |

**ORDER**

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 11), recommending the Court dismiss Plaintiff's Petition for Writ of Habeas Corpus (Dkt. 1) without prejudice because Plaintiff's custodian is no longer confined in the Western District of Oklahoma, and, accordingly, the Court no longer has jurisdiction over Plaintiff.[1]

Plaintiff was advised that he had a right to object to the Report and Recommendation (Dkt. 11) by July 24, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 11). The Court subsequently extended Plaintiff's time by which to object to September 1, 2025. (Dkt. 15). No objections have been filed as of this date. Having failed to object,

---

[1] *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)).

Plaintiff has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 11).[2]

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 11) in full and **DISMISSES** this case **WITHOUT PREJUDICE**. The Court further **DENIES AS MOOT** the remaining motions (Dkts. 8 and 9). A separate judgment will follow.

**IT IS SO ORDERED** this 30th day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).